# LAW OFFICE OF
# PETER A. ROMERO

Peter A. Romero
promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

MEMO ENDORSED

June 9, 2023

**VIA ECF**
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Jackson Gamboa v. Regeneron Pharmaceuticals, Inc.*
             Docket No.: 22-cv-10605 (KMK)

Dear Judge Karas:

      This firm represents Plaintiffs Jackson Gamboa and Pedro Rocha (collectively as "Plaintiffs"), who brought the above-referenced matter against Defendant Regeneron Pharmaceuticals, Inc. for violations of the New York Labor Law. Defendant filed a motion to dismiss the Complaint. D.E. 25-27. Plaintiffs' opposition to Defendant's motion to dismiss is currently due on June 14, 2023 and Defendant's reply papers are due on June 21, 2023. Plaintiffs write to request a two-week extension of time to submit their opposition papers. Plaintiffs seeks this extension due to counsel's unusually active litigation schedule, including being engaged in opposing multiple dispositive motions and other substantive motion practice during the same time period. As a result, Plaintiffs request, with Defendant's consent, a two-week extension of time to submit their opposition to Defendant's motion from June 14, 2023 to June 28, 2023, and also request a commensurate extension of time for Defendant to submit its reply papers from June 21, 2023 to July 5, 2023. This is Plaintiffs' first request for the relief sought herein.

      We thank the Court for its kind consideration of this request.

Granted.

So Ordered.
*/s/ KMK*
6/12/23

Respectfully submitted,

*David Barnhorn*

DAVID D. BARNHORN, ESQ.

C: All Counsel of Record *via* ECF

LAW OFFICE OF PETER A. ROMERO PLLC · LABOR AND EMPLOYMENT LITIGATION
490 Wheeler Road, Suite 250, Hauppauge, New York 11788 · (631) 257-5588 · overtimelawny.com