

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, New York 11747

Joseph A. Gusmano
Associate
631.247.4741 direct
631.247.4700 main
631.760.8315 fax
jgusmano@littler.com

February 7, 2025



**VIA ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   Rocha v. Regeneron Pharmaceuticals, Inc.
       Docket No. 22-cv-10605 (KMK)(AEK)

Dear Judge Karas:

This firm represents Defendant Regeneron Pharmaceuticals, Inc. ("Regeneron") in the above-referenced action. We write to advise the Court that the Regeneron and Plaintiff Pedro Rocha (together, the "Parties") have reached an agreement in principle to resolve the claims asserted by Plaintiff in this action. As such, with the consent of Plaintiff, we respectfully request that the conferences currently scheduled for February 13, 2025 (before Magistrate Judge Krause) and February 18, 2025 (before Your Honor) be adjourned to permit the Parties to continue negotiating the remaining terms of the settlement.

The Parties intend on filing a Stipulation and proposed Order of Dismissal with Prejudice once the settlement is finalized.

Respectfully submitted,

/s/ Joseph A. Gusmano

Joseph A. Gusmano

The Court will adjourn the 2/18/25 conference, but the Parties need to separately seek the adjournment of the 2/13/25 conference before Judge Krause. The Parties are to provide a status report by 2/28/25.

So Ordered.
2/7/25

cc: All counsel of record (via ECF)

4925-3506-1271